1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

VALORIE WINN,

          Plaintiff,

      v.

MONDELEZ INTERNATIONAL, INC., et al.,

          Defendants.

Case No. 17-cv-02524-HSG

**ORDER CONTINUING STAY**

Re: Dkt. No. 38

On July 17, 2018, the Court stayed this action in its entirety, pending decisions by the Ninth Circuit in three actions. *See* Dkt. No. 37. Since then, the Ninth Circuit has issued opinions in two of those cases and is scheduled to hear oral argument in the third case, *McGee v. S-L Snacks National, LLC*, Case No. 17-55577, on December 5, 2018. *See* Joint Status Report Re: Pending Appeals, Dkt. No. 38 at 1.

In accordance with the parties' joint position in their status report, *see* Dkt. No. 38, the Court **ORDERS** that the stay of this case be continued and that the parties submit a further joint status report by the sooner of March 15, 2019, or within seven days of a decision or other resolution of the appeal in *McGee*.

    **IT IS SO ORDERED.**

Dated: 10/24/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge