**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Christina A. Aryafar (Cal. Bar No. 288067)
caryafar@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (applying *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant*
Mondelēz International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALORIE WINN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONDELĒZ INTERNATIONAL, INC. and PAK 'N SAVE, INC.<br><br>Defendants. | Case No. 4:17-cv-02524-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW CHRISTINA A. ARYAFAR AS COUNSEL OF RECORD FOR MONDELĒZ INTERNATIONAL, INC.; ORDER GRANTING MOTION TO WITHDRAW** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that, on a date and time to be set by the Court, in the federal courthouse located at 1301 Clay Street, Oakland, CA 94612, the undersigned will and hereby does move the Court for an Order permitting the withdrawal of Christina A. Aryafar as co-counsel for Defendant Mondelēz International, Inc., pursuant to Local Rule 11-5(a). The matter will proceed with Kenneth K. Lee and Dean N. Panos of Jenner & Block LLP remaining as counsel of record for Defendant. |

Dated: February 7, 2019

JENNER & BLOCK LLP

/s/ Christina A. Aryafar
Christina A. Aryafar

*Attorneys for Defendant*
Mondelēz International, Inc.

## MOTION TO WITHDRAW

TO THE CLERK AND ALL PARTIES:

PLEASE TAKE NOTICE THAT Christina A. Aryafar hereby notifies the Court and all parties of her intent to withdraw as co-counsel for Defendant Mondelēz International, Inc. in this action. Ms. Aryafar's withdrawal will not cause any prejudice or delay in this matter. Defendant will continue to be represented by Kenneth K. Lee and Dean N. Panos of Jenner & Block LLP. Mr. Lee and Mr. Panos will not require any additional time for preparation as a result of Ms. Aryafar's withdrawal. Pursuant to Local Rule 11-5(a), notice has been provided to the client and all parties.

Dated: February 7, 2019

JENNER & BLOCK LLP

/s/ Christina A. Aryafar
Christina A. Aryafar

*Attorneys for Defendant*
Mondelēz International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I filed the above and foregoing Notice of Motion and Motion to Withdraw using the Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

Dated: February 7, 2019

JENNER & BLOCK LLP

/s/ Christina A. Aryafar
Christina A. Aryafar

*Attorneys for Defendant*
Mondelēz International, Inc.

## **ORDER**

IT IS HEREBY ORDERED that Christina A. Aryafar's Motion to Withdraw as Counsel for Defendant Mondelēz International, Inc. is GRANTED. Ms. Aryafar is hereby terminated as counsel for Mondelēz International, Inc. in this proceeding.

Dated: February 8, 2019

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge