UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALORIE WINN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONDELEZ INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-02524-HSG<br><br>**ORDER CONTINUING STAY**<br><br>Re: Dkt. No. 42 |

On July 17, 2018, the Court stayed this action in its entirety, pending decisions by the Ninth Circuit in three actions. *See* Dkt. No. 37. Since then, the Ninth Circuit has issued opinions in two of those cases and heard oral argument in the third case, *McGee v. S-L Snacks National, LLC*, Case No. 17-55577, on December 5, 2018. *See* Joint Status Report Re: Pending Appeals, Dkt. No. 42 at 1.

In accordance with the parties' joint position in their status report, *see id.*, the Court **ORDERS** that the stay of this case be continued and that the parties submit a further joint status report by the sooner of September 16, 2019, or within seven days of a decision or other resolution of the appeal in *McGee*.

**IT IS SO ORDERED.**

Dated: 3/21/2019

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge