**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:      (619) 798-2006
Facsimile:      (619) 343-2789

**Counsel for Plaintiff**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALORIE WINN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONDELEZ INTERNATIONAL, INC. AND PACK N SAVE, INC.<br><br>Defendants. | Case No: 4:17-cv-02524-HSG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that, pursuant to Fed. R. Civ. P. 41(A)(1)(a), Plaintiff Valorie Winn hereby voluntarily dismisses this action in its entirety with prejudice. No stipulation or order of the Court is required to dismiss this case because the Defendants have not answered nor moved for summary judgment.

Dated: January 27, 2021

Respectfully submitted,

s/ Gregory Weston

**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:    (619) 798-2006
Facsimile:    (619) 343-2789

**Counsel for Plaintiff**

1